

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,953-01

### EX PARTE PAUL EDWARD CHARBONNEAU, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1216154-A IN THE CRIMINAL DISTRICT COURT NUMBER FOUR
### FROM TARRANT COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 3, 2016
DO NOT PUBLISH